IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-203-GCM

| PATRICIA AVERETTE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| DIASORIN, INC., | ) | |
| Defendant, | ) | |

THIS MATTER IS BEFORE THE COURT on its own motion. The Status Conference that had been set for June 12, 2012 is HEREBY **RE-SET** for **June 19, 2012 at 2:00 p.m. in Courtroom #3.** The purpose of this conference is to discuss setting dates for a new scheduling order.

IT IS SO ORDERED.

Signed: June 6, 2012

Graham C. Mullen
United States District Judge