IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11CV203

| | |
|---|---|
| PATRICIA AVERETTE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| DIASORIN, INC., ) | |
| ) | |
| Defendant. ) | |

This matter is before the court upon its own motion. The Court is informed that this matter has been completely settled in mediation. Plaintiff filed a Notice of Voluntary Dismissal on September 25, 2012. However, such notice was not in compliance with Rule 41(a)(1). The Court therefore enters this Order dismissing this case with prejudice.
IT IS SO ORDERED.

Signed: October 4, 2012

Graham C. Mullen
United States District Judge