# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Patricia Averette ,

    Plaintiff(s),                            JUDGMENT IN A CIVIL CASE

vs.                                          3:11-cv-00203-GCM

DiaSorin, Inc. ,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/4/2012 Order.

Signed: October 4, 2012

Frank G. Johns, Clerk
United States District Court